**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fresh Affairs LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **16-1737906** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **4724-116 Hargrove Road** <br> **Raleigh, NC 27616** <br> Number, Street, City, State & ZIP Code <br><br> **Wake** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.freshaffairs.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership <br><br> ☐ Other. Specify: _____ |

Debtor    **Fresh Affairs LLC**                                                                 Case number (*if known*) _____
          Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
_____

**8.   Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship to you _____

District _____    When _____    Case number, if known _____

Debtor    **Fresh Affairs LLC**                                          Case number (*if known*) _____
          Name

---

**11.  Why is the case filed in this district?**      *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

**■** No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

**■** Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| **■** 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| **■** $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| **■** $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Fresh Affairs LLC**                                        Case number (*if known*) _____
             Name

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 17, 2015**
                 MM / DD / YYYY

**X** **/s/ Earl "Lyn" Graves**                                    **Earl "Lyn" Graves**
Signature of authorized representative of debtor              Printed name

Title    **Member-Manager**

---

**18. Signature of attorney**

**X** **/s/ Eileen M. Bornstein NC Bar**                    Date    **December 17, 2015**
Signature of attorney for debtor                                      MM / DD / YYYY

**Eileen M. Bornstein NC Bar**
Printed name

**Bornstein Law Firm, PLLC**
Firm name

**8520 Six Forks Road, Suite 101**
**Raleigh, NC 27615-3096**
Number, Street, City, State & ZIP Code

Contact phone    **919-268-6448**        Email address    **eb@bornsteinlawnc.com**

**#28436**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fresh Affairs LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **December 17, 2015** | X **/s/ Earl "Lyn" Graves** |
| | | Signature of individual signing on behalf of debtor |
| | | **Earl "Lyn" Graves** |
| | | Printed name |
| | | **Member-Manager** |
| | | Position or relationship to debtor |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Fresh Affairs LLC** | |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF NORTH CAROLINA** | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amys Imports** | | **Business debt** | | | | $333.25 |
| **AT&T Attn: Billing/ Bankruptcy  Dept. 175 E. Houston San Antonio, TX 78205** | | **Business debt** | | | | $651.82 |
| **Brothers Cleaners Attn: Manager/Agent 5020 Atlantic Ave. Raleigh, NC 27616** | | **Business debt** | | | | $349.07 |
| **Dept. of Employment Security Attn: Managing Agent/ Officer P.O. Box 25903 Raleigh, NC 27611-5903** | | **Withholding taxes fourth quarter 2014 and first quarter 2015** | | | | $7,640.96 |
| **Diamond Springs Attn: Manager/ Agent PO Box 38668 Richmond, VA 23231** | | **Business debt** | | | | $184.71 |
| **Erie Insurance Attn: Manager/ Agent 100 Erie Insurance Place Erie, PA 16530** | | **Business debt** | | | | $1,041.64 |
| **First Benefits Attn: Manager/ Agent P.O. Box 1951 Raleigh, NC 27602** | | **Business debt; Workers' compensation insurance** | | | | $1,234.00 |

Debtor   **Fresh Affairs LLC**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Centralized Insolvency Operations Attn: Officer/ Agent P.O. Box 7346 Philadelphia, PA 19114-0326** | | **2014 income taxes** | | | | $41,661.97 |
| **Lihmil Attn: Manager/ Agent 735A Indeneer Dr. Kernersville, NC 27284** | | **Business debt** | | | | $5,367.75 |
| **North Carolina Dept. of Revenue Attn: Bankruptcy Unit/ Officer P.O. Box 1168 Raleigh, NC 27602-1168** | | **2014 taxes including sales taxes; plus partial 2015** | | | | $79,796.41 |
| **ParkLink - City of Raleigh Attn: Officer/ Agent 421 Fayetteville Street Raleigh, NC 27601** | | **Parking citation** | | | | $90.00 |
| **PNC Bank Attn: Officer/ Agent 2730 Liberty Ave. Pittsburgh, PA 15222** | | **Credit line - Business debt** | | | | $3,192.92 |
| **PSNC Energy Attn: Manager/ Agent P.O. Box 100256 Columbia, SC 29202** | | **Business debt** | | | | $89.10 |
| **R. Scott Grady, CPA, PLLC P.O. Box 99085 Raleigh, NC 27624** | | **Business debt** | | | | $587.00 |
| **Roto Rooter Attn: Manager/ Agent 5672 Collections Center Dr. Chicago, IL 60593** | | **Business debt** | | | | $484.00 |
| **Roy Houff 2414 Anniston St. Richmond, VA 23223** | | **Business debt** | | | | $2,464.94 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor  **Fresh Affairs LLC**
Name                                                          Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SHEETZ Busines Edge c/o Wex Bank Attn: Officer/ Managing Agent P.O. Box 6293 Carol Stream, IL 60197-6293** | | **Business debt** | | | | **$2,800.46** |
| **Valerie Stott 2122 Milburnie Road Raleigh, NC 27610** | | **Business debt** | | | | **$3,600.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Fresh Affairs LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*.............................................................................................    $      0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................................................    $      299,604.17

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..........................................................................................    $      299,604.17

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      95,893.60

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 6a of *Schedule E/F*...............................................    $      129,189.34

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...................    +$      22,380.66

4. Total liabilities ...................................................................................................................
     Lines 2 + 3a + 3b      $      247,463.60

**Fill in this information to identify the case:**

Debtor name  **Fresh Affairs LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
|  | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1.. | **Checking**<br>**Last 4 digits of Acc# : 4644**<br>**Bank of North Carolina** | Checking | 4644 | $0.00 |
| 3.2.. | **Checking**<br>**Last 4 digits of Acc# : 4420**<br>**Bank of North Carolina**<br>**(deposit pending in amount of**<br>**approximately $4,070.00 believed to go**<br>**through 12/16/2015 or 12/17/2015)** | Checking | 4420 | $58.18 |
| 3.3.. | **Checking**<br>**Last 4 digits of Acc# : 1576**<br>**Bank of North Carolina (opened**<br>**12/16/2015  in anticipation of setting-up**<br>**DIP account - no funds deposited**<br>**pre-petition)** | Checking | 1576 | $0.00 |
| 3.4.. | **Checking**<br>**Last 4 digits of Acc# : 4819**<br>**PNC (no activity since end of**<br>**September/ early October 2015)** | Checking | 4819 | $0.00 |
| 3.5.. | **Checking**<br>**Last 4 digits of Acc# : 8467**<br>**PNC** | Checking | 8467 | $0.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **Fresh Affairs LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.6.. | **Checking**<br>**Last 4 digits of Acc# : 1568**<br>**Bank of North Carolina (opened**<br>**12/16/2015 in anticipation of setting up**<br>**DIP account; no pre-petition funds**<br>**deposited)** | Checking | 1568 | $0.00 |
| 3.7.. | **Checking**<br>**Last 4 digits of Acc# : 1550**<br>**Bank of North Carolina (opened**<br>**12/16/2015 in anticipation of setting up**<br>**DIP account; no pre-petition funds**<br>**deposited)** | Checking | 1550 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $58.18 |
|---|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:

| 272,447.43 | - | 0.00 | = .... | $272,447.43 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:

| 4,877.48 | - | 4,877.48 | =.... | $0.00 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $272,447.43 |
|---|---|

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor   **Fresh Affairs LLC**                                                   Case number *(If known)* _____
_____
Name

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials **See attached Schedule A with informal inventory as of 12/9/2015 (excludes fresh florals ) Glassware: Wholesale =$20,792.00; Liquidation = $6,237.50// Hard goods/supplies: Wholesale = $1,544.23; Liquidation = $386.06; Debtor also has fresh flowers for sche** | 12/9/2015 | $0.00 | Liquidation | $7,073.56 |

| 20. | **Work in progress** |
|---|---|
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

23.   **Total of Part 5.**                                                                                 | $7,073.56 |

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____ **0** Valuation method _____ **Liquidation** _____ Current Value _____ **450**

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39.  **Office furniture** | | | | |

| Debtor | **Fresh Affairs LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **Office furniture including 3 desks, 6 chairs, 2 file cabinets, 6 cabinets/armoirs/other storage items for displays, 1 sofa, 1 coffee table, and miscellaneous office supplies.** | | $0.00 | Liquidation | $1,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**
    Office equipment including 3 desktop computers, 1 laptop computer, 1 all-in-one printer, leaf blower, ladders, cutters, and 1 large storage cooler for flowers/plants.    $0.00    Liquidation    $6,500.00

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.    | $7,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. **2005 Ford Econoline E150**<br>**w/ approx. 200k +/- van** | $0.00 | NADA Trade-In | $3,850.00 |
| 47.2.. **2004 Cadillac  Escalade V8 AWD**<br>**with approx. 180K +/- miles** | $0.00 | NADA Trade-in | $8,675.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Fresh Affairs LLC**                                    Case number *(If known)* _____
Name

| | |
|---|---:|
| 51. | **Total of Part 8.** |
| | Add lines 47 through 50.  Copy the total to line 87. |

**$12,525.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **approx. 5,5000 sq feet of commercial real estate space located at 4724-116 Hargrove Rd., Raleigh, NC 27616; Current lease term ends June 30, 2016** | Leasehold | $0.00 | N/A | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **Fresh Affairs LLC**                                        Case number *(if known)* _____
Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Fresh Affairs LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $58.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $272,447.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,073.56 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,525.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $299,604.17 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $299,604.17 |

# INVENTORY

| | 6/2/2014 | 7/1/2014 | 8/1/2014 | 9/16/2014 | 3/5/2015 | 8/3/2015 | 8/24/2015 | 10/5/2015 | 12/9/2015 | Wholesale | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 inch cubes | 204 | 161 | 273 | 252 | 300 | 223 | 230 | 185 | 222 | 2 | 444 |
| 5 inch cubes | 42 | 38 | 40 | 38 | 32 | 12 | 12 | 12 | 1 | 4 | 4 |
| 5 inch cubes GOLD | | | | 11 | 5 | 4 | 4 | 4 | 2 | 4 | 8 |
| 6 inch cubes | | | | | | | | 43 | 49 | 6 | 294 |
| 6 inch cylinders | 155 | 153 | 140 | 99 | 97 | 48 | 19 | 19 | 26 | 2 | 52 |
| 8 inch cylinders | 183 | 183 | 180 | 163 | 300 | 128 | | | 208 | 3 | 624 |
| 10 inch cylinders | 139 | 130 | 130 | 233 | 233 | 287 | 258 | 379 | 378 | 4 | 1512 |
| 10 inch cylinder F | | | | 16 | 9 | 9 | 9 | 2 | 3 | 5 | 15 |
| 12 inch cylinders F | 77 | 77 | 69 | 57 | 37 | 81 | 20 | 88 | 91 | 12 | 1092 |
| 14 inch cylinders F | | | | 16 | 7 | 8 | 8 | 8 | 7 | 13 | 91 |
| 22 inch cylinders | 66 | 71 | 49 | 52 | 40 | 79 | 78 | 98 | 101 | 18 | 1818 |
| 24 inch cylinders | | | 19 | 19 | 16 | 11 | 11 | 10 | 9 | 22 | 198 |
| 31 inch cylinders | 43 | 41 | 37 | 33 | 34 | 32 | 32 | 36 | 35 | 32 | 1120 |
| 31 inch trumpets | 5 | 4 | 3 | 3 | 3 | 4 | 4 | 4 | 3 | 45 | 135 |
| 31 inch panache clear | 11 | 11 | 8 | 9 | 10 | 16 | 13 | 16 | 14 | 45 | 630 |
| 31 inch panache color | | | | 6 | 5 | 4 | 4 | 4 | 4 | 45 | 180 |
| 42 inch trumpets | 9 | 8 | 8 | 10 | 10 | 20 | 18 | 14 | 10 | 75 | 750 |
| 42 inch cylinders | 4 | 4 | 6 | 6 | 5 | 5 | 5 | 5 | 5 | 75 | 375 |
| 42 inch bells | 8 | 8 | 7 | 5 | 3 | 6 | 5 | 2 | 2 | 75 | 150 |
| 48 inch cylinder | 2 | 1 | 1 | 1 | 1 | 7 | 7 | 7 | 7 | 95 | 665 |
| 55 inch cylinder | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 145 | 725 |
| PEDESTAL  Short | | | | | 42 | 36 | 35 | 37 | 47 | 7 | 329 |
|     Medium | | | | | 47 | 42 | 9 | 35 | 43 | 8 | 344 |
|     Tall | | | | | 41 | 31 | 30 | 33 | 42 | 9 | 378 |
| 4 inch bowls CLEAR | | | | | 179 | 285 | 216 | 147 | 244 | 2 | 488 |
| 4 inch bowls GOLD | | | | | 57 | 45 | 45 | 47 | 65 | 2 | 130 |
| 15 inch square | | | | | | | | | 19 | 22 | 418 |
| 24 inch Square | | | | | 21 | 8 | 8 | 8 | 8 | 28 | 224 |
| Jose vases | | | | | | 29 | 29 | 29 | 35 | 21 | 735 |
| 24 inch candelabras | | | | | | | | | 12 | 25 | 300 |
| 40 inch candelabras | | | | | | | | | 12 | 45 | 540 |
| 55 inch candelabras | | | | | | | | | 6 | 85 | 510 |
| Crystals | | | | | | | | | 300 | 8 | 2400 |
| Lamps | | | | | | | | | 18 | 30 | 540 |
| Fabric | | | | | | | | | | | 1000 |
| Columns/pedestals/props | | | | | | | | | | | 2000 |
| Ribbon | | | | | | | | | | | 1000 |

| | | |
|---|---|---|
| TOTAL | | 20792 |

**Supply Inventory** 2015 — 12/9/2015

| DESCRIPTION | | ON HAND | STANDARD | ORDER | COST | TOTAL | Value On hand |
|---|---|---|---|---|---|---|---|
| 21 Gauge Wire | Box | 1 | 1 | 0 | 35 | 0 | |
| 18 Gauge Wire | Box | 1 | 1 | 0 | 35 | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |
| Corsage Bags | Box | 5 | 3 | -2 | 7.5 | -15 | 37.5 |
| | | | | | | 0 | |
| Boutonniere Pins | Box | 10 | 10 | 0 | 1.91 | 0 | 19.1 |
| Corsage Pins | Box | 8 | 10 | 2 | 2.34 | 4.68 | 18.72 |
| | | | | | | 0 | |
| Lighters | Each | 15 | 24 | 9 | 2 | 18 | 30 |
| Fishing Line | Each | 0 | 3 | 3 | | 0 | 0 |
| | | | | | | 0 | |
| Oasis Tape | Rolls | 10 | 24 | 14 | 6.15 | 86.1 | 61.5 |
| | | | | | | 0 | |
| | | | | | | 0 | |
| | | | | | | 0 | |
| Green Stem Tape | Pkg 12 | 24 | 48 | 24 | 0.63 | 15.12 | 15.12 |
| Stephanotis Stems | Box | 1 | 1 | 0 | | 0 | 0 |
| Green Chenille Stems | Box | 4 | 5 | 1 | 2.5 | 2.5 | 10 |
| Floral Adhesive | Tubes | 21 | 24 | 3 | 3.1B | 9.54 | 66.78 |
| 3" Wooden Picks | Bundles | 1 | | -1 | | 0 | 0 |
| 4" Wooden Picks | Bundles | 1 | | -1 | | 0 | 0 |
| 6" Wooden Picks | Bundles | 1 | | -1 | | 0 | 0 |
| | | | | | | 0 | |
| Single Casket Saddles | Each | 0 | | 0 | | 0 | 0 |
| Double Casket Saddles | Each | 0 | | 0 | | 0 | 0 |
| | | | | | | 0 | |
| | | | | | | 0 | |
| 3" Oasis Balls | Pkg 6 | 12 | 24 | 12 | 1.13 | 13.56 | 13.56 |
| 4.5" Oasis Balls | Pkg 5 | 20 | 24 | 4 | 1.39 | 5.56 | 27.8 |
| 6" Oasis Balls | Pkg 2 | 8 | 12 | 4 | 3.56 | 14.24 | 28.48 |
| 8" Oasis Balls | Pkg 1 | 0 | 6 | 6 | 6.75 | 40.5 | 0 |
| | | | | | | 0 | |
| 18" Label Holders | Box | 100 | 1000 | 900 | | 0 | 0 |
| | | | | | | 0 | |
| 15" oasis Wreath Forms | | 3 | 6 | 3 | 8.45 | 25.35 | 25.35 |
| | | | | | | 0 | |
| Oasis | Case | 8 | 10 | 2 | 29.95 | 59.9 | 239.6 |
| Brown Plastic Pew Clips | Pkg 24 | 24 | 48 | 24 | 0.2 | 4.8 | 4.8 |

| Description | Unit | Ordered | Standard | Diff | Cost | Discount | Total |
|---|---|---|---|---|---|---|---|
| Grande Bouquet Holders Straight | Pkg 12 | 24 | 24 | 0 | 1.22 | 0 | 29.28 |
| Small Bouquet Holders | Pkg 12 | 12 | 12 | -12 | | 0 | 0 |
| 8" Oasis Wreath Forms | Each | 3 | 3 | -3 | | 0 | 0 |
| Small Oasis Cages | Pkg 12 | 12 | 12 | 0 | | 0 | 0 |
| Large Oasis Cages | Pkg 12 | 3 | 12 | 9 | | 0 | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| 6' Lomey Trays | Pkg 24 | 20 | 24 | 4 | 0.76 | 3.04 | 15.2 |
| 9' Lomey Trays | Pkg 12 | 24 | 36 | 12 | 1.25 | 15 | 30 |
| 11" Lomey Trays | Pkg 12 | 24 | 48 | 24 | 0.87 | 20.88 | 20.88 |
| 15" Lomey Trays | Pkg 6 | 36 | 60 | 24 | 3.09 | 74.16 | 111.24 |
| | | | | | | | 0 |
| Small Igloo Cages | Pkg 12 | | 12 | 12 | | 0 | 0 |
| Large Igloo Cages | Pkg 6 | | 6 | 6 | | 0 | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| Green Glo | Each | 15 | 24 | 9 | 6.7 | 60.3 | 100.5 |
| Black Cherry | Each | 6 | 6 | 0 | 4.46 | 0 | 26.76 |
| Bridal Veil | Each | 1 | 6 | 5 | 4.46 | 22.3 | 4.46 |
| Delphinium Blue | Each | 4 | 6 | 2 | 4.46 | 8.92 | 17.84 |
| Daffodil | Each | 6 | 6 | 0 | 4.46 | 0 | 26.76 |
| Fresh Green | Each | 12 | 12 | 0 | 4.46 | 0 | 53.52 |
| Hydrangea Blue | Each | 12 | 12 | 0 | 4.46 | 0 | 53.52 |
| Lemon | Each | 5 | 6 | 1 | 4.46 | 4.46 | 22.3 |
| Lilac | Each | 6 | 6 | 0 | 4.46 | 0 | 26.76 |
| Oceania Peach | Each | 6 | 6 | 0 | 4.46 | 0 | 26.76 |
| Peacock | Each | 6 | 6 | 0 | 4.46 | 0 | 26.76 |
| Poppy | Each | 6 | 12 | 6 | 4.46 | 26.76 | 26.76 |

DISCOUNT

| DESCRIPTION | | STANDARD | | | COST | | TOTAL |
|---|---|---|---|---|---|---|---|
| Purple Pansy | Each | 21 | 24 | 3 | 4.46 | 13.38 | 93.66 |
| Wild Rose | Each | 6 | 6 | 0 | 4.46 | 0 | 26.76 |
| Willow Branch | Each | 26 | 6 | -20 | 4.46 | -89.2 | 115.96 |
| | | | | | | | 0 |
| Glue Chips | CASE | 1 | 1 | 0 | 5.64 | 0 | 5.64 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Silver Whistles | Card/24 | | 1 | | 1 | | 0 | 0 | 0 | 0 |
| Bouquet Vases C061 | Pkg 12 | | 60 | | 60 | | 0 | 1.41 | 0 | 0 | 84.6 |
| | | | | | | | 444.85 | | | 1544.23 |

Rev. 12/2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                                                                                                    CASE NUMBER:
**Fresh Affairs LLC**
     Debtor(s).

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,  __Earl "Lyn" Graves__  , claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law:  **(Attach additional sheets if necessary)**.

1. NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

Debtor's Age: _____
Name of former co-owner: _____

VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):   $      **0.00**

2. NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):   $      **0.00**

3. NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents).  The number of dependents for exemption purposes is  __0__ .

| Description of Property | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):   $      **0.00**

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):   $      **0.00**

5. NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | | Cash Value |
|---|---|---|
| -NONE- | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
| --- |
| -NONE- |

7.  NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
| --- |
| -NONE- |

8. NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
| --- | --- | --- | --- | --- | --- | --- |
| -NONE- | | | | | | |

VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $         0.00

9.  NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
| --- |
| -NONE- |

10.  NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
| --- |
| -NONE- |

11.  NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
| --- |
| -NONE- |

12.  NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED  (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
| --- |
| -NONE- |

13.  TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
| --- | --- | --- | --- | --- |
| -NONE- | | | | |

VALUE CLAIMED AS EXEMPT:  $         0.00

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

14. NORTH CAROLINA PENSION FUND EXEMPTIONS

| | |
|---|---|
| **-NONE-** | |

15. OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| | |
|---|---|
| **-NONE-** | |

16. FEDERAL PENSION FUND EXEMPTIONS

| | |
|---|---|
| **-NONE-** | |

17. OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| | |
|---|---|
| **-NONE-** | |

18. RECENT PURCHASES

(a). List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

(b). List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.  Of the United States or its agencies as provided by federal law.
b.  Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;
c.  Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.
d.  Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.
e.  For payment of obligations contracted for the purchase of specific real property affected.
f.  For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.
g.  For statutory liens, on the specific property affected, other than judicial liens.
h.  For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.
i.  For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.
j.  Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).
k.  Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

      I, **Earl "Lyn" Graves**, declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 4 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on: **December 17, 2015**

        **/s/ Earl "Lyn" Graves**
        **Earl "Lyn" Graves**
                Debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Fresh Affairs LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Pearl Beta Funding, LLC**<br>Creditor's Name<br><br>**c/o Steven Berkovitch, Esq.**<br>**MCA Servicing Senior**<br>**Counsel**<br>**40 Exchange Place, Suite 301**<br>**New York, NY 10005**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Debtor's assets including accounts receivable and inventory but excluding vehicles. Date of UCC filing 11/12/2015; New York judgment filed 11/16/2015** | **$70,000.00** | **$0.00** |
| **steven@mcaservicing.com**<br>Creditor's email address, if known | Describe the lien<br>**Non-Purchase Money Security**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**9/29/2015** | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**2015** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **2.2** **Working Capital c/o EATON & WOLK, P.I.**<br>Creditor's Name<br>**Attn: Douglas F. Eaton, Esq.**<br>**One Business Tower**<br>**2 South Biscayne Blvd., Suite 3100**<br>**Miami, FL 33131**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Debtor's assets, including, accounts-receivable and inventory, but excluding vehicles.**<br>**Legal action filed in Miami-Dade County, FL on 12/8/2015, Case #15-027446-CA-01.** | **$25,893.60** | **$0.00** |
| **deaton@eatonwolk.com**<br>Creditor's email address, if known | Describe the lien<br>**Non-Purchase Money Security**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |

| Debtor | **Fresh Affairs LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**7/23/2015**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$95,893.60**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Working Capital, LLC**<br>**Attn: Manager/ Agent**<br>**1521 concord Pike #303**<br>**Wilmington, DE 19803** | Line **2.2** | **2132** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Fresh Affairs LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,640.96 | $ 7,640.96 |
|---|---|---|---|
| **Dept. of Employment Security** **Attn: Managing Agent/ Officer** **P.O. Box 25903** **Raleigh, NC 27611-5903** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred **2014 and 2015** | Basis for the claim: **Withholding taxes fourth quarter 2014 and first quarter 2015** | | |
| Last 4 digits of account number __7906__ | Is the claim subject to offset? ■ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,661.97 | $ 41,661.97 |
|---|---|---|---|
| **Internal Revenue Service** **Centralized Insolvency Operations** **Attn: Officer/ Agent** **P.O. Box 7346** **Philadelphia, PA 19114-0326** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred **2014** | Basis for the claim: **2014 income taxes** | | |
| Last 4 digits of account number __7906__ | Is the claim subject to offset? ■ No ☐ Yes | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                     46520                          Best Case Bankruptcy

| Debtor | **Fresh Affairs LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.3**

Priority creditor's name and mailing
address
**North Carolina Dept. of
Revenue
Attn: Bankruptcy Unit/ Officer
P.O. Box 1168
Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$79,796.41  $ 79,496.41

Date or dates debt was incurred
**2014 & 2015**

Basis for the claim:
**2014 taxes including sales taxes; plus partial 2015**

Last 4 digits of account
number **7906**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.4**

Priority creditor's name and mailing
address
**ParkLink - City of Raleigh
Attn: Officer/ Agent
421 Fayetteville Street
Raleigh, NC 27601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00  $ 90.00

Date or dates debt was incurred

Basis for the claim:
**Parking citation**

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.5**

Priority creditor's name and mailing
address
**Wake County Dept. of Revenue
Attn: Officer/ Agent
P.O. Box 2331
Raleigh, NC 27602-2331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00  $ 0.00

Date or dates debt was incurred
**N/A**

Basis for the claim:
**Notice purposes only**

Last 4 digits of account
number **7906**

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Fresh Affairs LLC**                                          Case number (if known) _____
_____
Name

**Specify Code subsection of PRIORITY**
**unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | $333.25

**Amys Imports**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2** | Nonpriority creditor's name and mailing address | $651.82

**AT&T**
**Attn: Billing/ Bankruptcy  Dept.**
**175 E. Houston**
**San Antonio, TX 78205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3** | Nonpriority creditor's name and mailing address | $349.07

**Brothers Cleaners**
**Attn: Manager/Agent**
**5020 Atlantic Ave.**
**Raleigh, NC 27616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4** | Nonpriority creditor's name and mailing address | $184.71

**Diamond Springs**
**Attn: Manager/ Agent**
**PO Box 38668**
**Richmond, VA 23231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Fresh Affairs LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| | Basis for the claim:  **Business debt** |

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No
                                                 ☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:          **$1,041.64**
**Erie Insurance**                                      Check all that apply.
**Attn: Manager/ Agent**                                ☐ Contingent
**100 Erie Insurance Place**                            ☐ Unliquidated
**Erie, PA 16530**                                      ☐ Disputed

Basis for the claim:  **Business debt**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No
    ☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:          **$1,234.00**
**First Benefits**                                      Check all that apply.
**Attn: Manager/ Agent**                                ☐ Contingent
**P.O. Box 1951**                                       ☐ Unliquidated
**Raleigh, NC 27602**                                   ☐ Disputed

Basis for the claim:  **Business debt; Workers' compensation insurance**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No
    ☐ Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:          **$5,367.75**
**Lihmil**                                              Check all that apply.
**Attn: Manager/ Agent**                                ☐ Contingent
**735A Indeneer Dr.**                                   ☐ Unliquidated
**Kernersville, NC 27284**                              ☐ Disputed

Basis for the claim:  **Business debt**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No
    ☐ Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:          **$3,192.92**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **Fresh Affairs LLC**                                    Case number (if known) _____
_____
Name

**PNC Bank**                              *Check all that apply.*
**Attn: Officer/ Agent**                  ☐ Contingent
**2730 Liberty Ave.**                     ☐ Unliquidated
**Pittsburgh, PA 15222**                  ☐ Disputed

                                          **Basis for the claim:**   **Credit line - Business debt**
                                          _____

Date or dates debt was incurred  _____   **Is the claim subject to offset?**
                                              ■ No
Last 4 digits of account number  _____   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$89.10** |

**PSNC Energy**                           *Check all that apply.*
**Attn: Manager/ Agent**                  ☐ Contingent
**P.O. Box 100256**                       ☐ Unliquidated
**Columbia, SC 29202**                    ☐ Disputed

                                          **Basis for the claim:**   **Business debt**
                                          _____

Date or dates debt was incurred  _____   **Is the claim subject to offset?**
                                              ■ No
Last 4 digits of account number  _____   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$587.00** |

**R. Scott Grady, CPA, PLLC**             *Check all that apply.*
**P.O. Box 99085**                        ☐ Contingent
**Raleigh, NC 27624**                     ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**   **Business debt**
                                          _____

Date or dates debt was incurred  _____   **Is the claim subject to offset?**
                                              ■ No
Last 4 digits of account number  _____   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$484.00** |

**Roto Rooter**                           *Check all that apply.*
**Attn: Manager/ Agent**                  ☐ Contingent
**5672 Collections Center Dr.**           ☐ Unliquidated
**Chicago, IL 60593**                     ☐ Disputed

                                          **Basis for the claim:**   **Business debt**
                                          _____

Date or dates debt was incurred  _____   **Is the claim subject to offset?**
                                              ■ No
Last 4 digits of account number  _____   ☐ Yes

---

Debtor   **Fresh Affairs LLC**                                    Case number (if known) _____
         _____
         Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,464.94 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roy Houff**
**2414 Anniston St.**
**Richmond, VA 23223**

As of the petition filing date, the claim is: $2,464.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.13 | | | $2,800.46 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SHEETZ Busines Edge c/o Wex Bank**
**Attn: Officer/ Managing Agent**
**P.O. Box 6293**
**Carol Stream, IL 60197-6293**

As of the petition filing date, the claim is: $2,800.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business debt**

Date or dates debt was incurred _____

Last 4 digits of account number   **1982**

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.14 | | | $3,600.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Valerie Stott**
**2122 Milburnie Road**
**Raleigh, NC 27610**

As of the petition filing date, the claim is: $3,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AT&T**<br>**Attn: Manager/ Agent**<br>**P.O. Box 105262**<br>**Atlanta, GA 30348** | Line   **3.2**<br><br>☐ Not listed. Explain _____ | _____ |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **Fresh Affairs LLC** | Case number (*if known*) | |
| | Name | | |

| | | | |
|---|---|---|---|
| 4.2 | **Internal Revenue Service**<br>**Office of Chief Counsel MS 24**<br>**4905 Kober Blvd.**<br>**Greensboro, NC 27407-2734** | Line **2.2** | |
| | | ☐ Not listed. Explain | |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 129,189.34 |
| **5b. Total claims from Part 2** | 5b. + | $ | 22,380.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 151,570.00 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Fresh Affairs LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest   — **Month-to-month lease for storage of annual event items primarily belonging to City Club of Raleigh.  City Club of Raleigh pays Debtor annually to cover the lease payments.** | |
| State the term remaining   **month-to-month** | **Public Storage**<br>**Attn: Manager/ Agent**<br>**4222 Atlantic Ave.**<br>**Raleigh, NC 27604** |
| List the contract number of any government contract | |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest   — **Commercial lease agreement for property located at 4724 Hargrove Rd., Suite 116, Raleigh, NC - approximately 5,500 sq. ft.  Payments are adjusted during winter months (off-season) per amendment to lease agreement. Debtor intends to assume this lease agreement.** | |
| State the term remaining   **approx. 6 through 6/30/2016** | **Trademark Properties**<br>**Attn: Manager/ Agent**<br>**1001 Wade Avenue, Suite 300**<br>**Raleigh, NC 27605** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Fresh Affairs LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Earl "Lyn" Graves | 6914 Hunters Way Raleigh, NC 27615 | Pearl Beta Funding, LLC | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Earl "Lyn" Graves | 6914 Hunters Way Raleigh, NC 27615 | Working Capital c/o EATON & WOLK, P.I. | ☑ D __2.2__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Fresh Affairs LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2015** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,161,980.70** |
| **For prior year:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$1,035,455.00** |
| **For year before that:**<br>From **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other _____ | **$688,351.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fresh Affairs LLC**                                        Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Trademark Properties**<br>**Attn: Manager/ Agent**<br>**1001 Wade Ave., Suite 300**<br>**Raleigh, NC 27605** | **October &**<br>**November** | **$7,682.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **regular monthly lease payments** |
| 3.2. | **Roy Houff**<br>**2414 Anniston St.**<br>**Richmond, VA 23223** | **9/16/2015,**<br>**9/18/2015,**<br>**9/21/2015,**<br>**9/23/2015,**<br>**9/25/2015,**<br>**9/27/2015,**<br>**10/5/2015,**<br>**10/7/2015,**<br>**10/9/2015,**<br>**11/6/2015,**<br>**11/9/2015,**<br>**11/11/2015,**<br>**11/13/2015,**<br>**11/6/2015,**<br>**11/18/2015,**<br>**11/23/2015,**<br>**12/4/2015** | **$19,663.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Lihmil**<br>**Attn: Manager/ Agent**<br>**735A Indeneer Dr.**<br>**Kernersville, NC 27284** | **9/25/2015,**<br>**11/23/2015** | **$6,425.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Cleveland Plant and Flower Company**<br>**Attn: Manager/ Agent**<br>**4200 Atlantic Ave #166**<br>**Raleigh, NC 27604** | **9/15/2015,**<br>**9/22/2015,**<br>**10/72015,**<br>**10/14/2015,**<br>**10/22/2015,**<br>**11/4/2015,**<br>**11/16/2015,**<br>**11/25/2015** | **$24,734.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Party Reflections, Inc.**<br>**Attn: Manager/ Agent**<br>**2828 Industrial Dr.**<br>**Raleigh, NC 27609** | **9/17/2015,**<br>**9/24/2015,**<br>**10/2/2015,**<br>**11/6/2015** | **$17,045.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Pearl Beta Funding, LC**<br>**c/o Steven Berkovitch, Esq.**<br>**MCA Servicing Senior Counsel**<br>**40 Exchange Place, Suite 301**<br>**New York, NY 10005** | **daily**<br>**payments**<br>**from**<br>**9/15/2015**<br>**through**<br>**11/9/2015 of**<br>**$725.00 each** | **$21,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **listed as secured creditor but security perfected no earlier than 11/12/2015** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor   **Fresh Affairs LLC**                                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7.  **Working Capital c/o EATON & WOLK, P.I.**<br>**Attn: Douglas F. Eaton, Esq.**<br>**One Business Tower**<br>**2 South Biscayne Blvd., Suite 3100**<br>**Miami, FL 33131** | **daily payments made from 9/15/2015 through 11/10/2015 of $739.80 each plus a payment of $3,000.00 on 12/16/2015** | $30,372.60 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Working Capital, LLC v. Fresh Affairs, LLC and Lyn Graves**<br>**15-027446-CA-01** | **Suit for money owed/ Breach of Contract** | **11th Judicial Circuit Miami Dade County**<br>**Eleventh Judicial Court**<br>**Lawson E. Thomas Courthouse Center**<br>**175 NW 1st Ave Suite 3016**<br>**Miami, FL 33128** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Fresh Affairs LLC**                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Pearl Beta Funding, LLC v. Fresh Affairs, LLC and Earl Lyn Graves**<br>Index No. 161783/2015 | **Judgment of Confession entered 11/16/2015 by County Clerk's Office New York** | **Supreme Court of NY County of New York New York County Courthouse 60 Centre Street New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

## Part 5:   Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Fresh Affairs LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **12/2/2015 and 12/16/2015 (Payment amount includes filing fee of $1,717.00)** | |
| | **Bornstein Law Firm, PLLC 8520 Six Forks Road, Suite 101 Raleigh, NC 27615-3096** | N/A | | **$6,217.00** |
| | Email or website address **eb@bornsteinlawnc.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Fresh Affairs LLC**                                     Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC**<br>**Attn: Officer/ Agent**<br>**P.O. Box 609**<br>**Pittsburgh, PA 15230-9738** | **XXXX-0958** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed November 2015 with negative balance of <$3,116.02>, plus charges accruing** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor  **Fresh Affairs LLC**                                      Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>**4222 Atlantic Avenue**<br>**Raleigh, NC 27604** | **Lyn Graves**<br>**6914 Hunter's Way**<br>**Raleigh, NC 27615** | **Contents of storage include approximately $1,380 of the inventory identified in Schedule B (various candelabras and lamps) as well as Christmas decoration items for the City Club of Raleigh.  This storage is specifically designated for storing these items for City Club of Raleigh's annual Christmas party.  The monthly rent is paid by the City Club of Raleigh to Debtor annually.** | ☐ No<br>■ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **City Club of Raleigh**<br>**150 Fayetteville St #2800**<br>**Raleigh, NC 27601** | **Public Storage**<br>**4222 Atlantic Avenue**<br>**Raleigh, NC 27604** | **Christmas decoration items belonging to City Club of Raleigh plus approximately $1,380 worth of Debtor's inventory identified in Schedule B.  This unit is paid for by City Club of Raleigh and the items are for use in its annual Christmas party.** | **Unknown** |

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | Fresh Affairs LLC | Case number *(if known)* |
|--------|-------------------|--------------------------|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-----------------------------------|-----------------------------|----------------|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-----------------------------------|-----------------------------|----------------|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|---------------------------------------------------------------------------------------------------------------|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|------------------|----------------------------|
| 26a.1. | **Valerie Stott<br>2122 Milburnie Road<br>Raleigh, NC 27610** | **May 2005 through petition filing. Bookkeeping services.** |
| 26a.2. | **R. Scott Grady, CPA, PLLC<br>P.O. Box 99085<br>Raleigh, NC 27624** | **May 2005 through petition filing. Annual tax returns.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|------------------|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor   **Fresh Affairs LLC**                                      Case number *(if known)*

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Earl "Lyn" Graves | 6914 Hunters Way<br>Raleigh, NC 27615 | Member-Manager | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **Fresh Affairs LLC**                                    Case number *(if known)*

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 17, 2015**

**/s/ Earl "Lyn" Graves**                              **Earl "Lyn" Graves**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Member-Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Fresh Affairs LLC** _____   Case No. _____

Debtor(s)   Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................... $ _____ **0.00**

    Prior to the filing of this statement I have received ............................... $ _____ **0.00**

    Balance Due .......................................................................................... $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 17, 2015** _____   **/s/ Eileen M. Bornstein NC Bar**

_Date_   **Eileen M. Bornstein NC Bar #28436**

_Signature of Attorney_

**Bornstein Law Firm, PLLC**
**8520 Six Forks Road, Suite 101**
**Raleigh, NC 27615-3096**
**919-268-6448**
**eb@bornsteinlawnc.com**

_Name of law firm_

---

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Fresh Affairs LLC**        Case No. _____

                                           Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Earl "Lyn" Graves<br>6914 Hunters Way<br>Raleigh, NC 27615** | | | **100%, sole owner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Member-Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 17, 2015**                 Signature   **/s/ Earl "Lyn" Graves**

                                                             **Earl "Lyn" Graves**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Fresh Affairs LLC** _____    Case No. _____

_____Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member-Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 17, 2015** _____    **/s/ Earl "Lyn" Graves** _____

**Earl "Lyn" Graves**/**Member-Manager**
Signer/Title

Amys Imports

Internal Revenue Service
Centralized Insolvency Operations
Attn: Officer/ Agent
P.O. Box 7346
Philadelphia, PA 19114-0326

R. Scott Grady, CPA, PLLC
P.O. Box 99085
Raleigh, NC 27624

AT&T
Attn: Billing/ Bankruptcy Dept.
175 E. Houston
San Antonio, TX 78205

Internal Revenue Service
Office of Chief Counsel MS 24
4905 Kober Blvd.
Greensboro, NC 27407-2734

Roto Rooter
Attn: Manager/ Agent
5672 Collections Center Dr.
Chicago, IL 60593

AT&T
Attn: Manager/ Agent
P.O. Box 105262
Atlanta, GA 30348

Lihmil
Attn: Manager/ Agent
735A Indeneer Dr.
Kernersville, NC 27284

Roy Houff
2414 Anniston St.
Richmond, VA 23223

Brothers Cleaners
Attn: Manager/Agent
5020 Atlantic Ave.
Raleigh, NC 27616

North Carolina Dept. of Revenue
Attn: Bankruptcy Unit/ Officer
P.O. Box 1168
Raleigh, NC 27602-1168

SHEETZ Busines Edge c/o Wex B
Attn: Officer/ Managing Agent
P.O. Box 6293
Carol Stream, IL 60197-6293

Dept. of Employment Security
Attn: Managing Agent/ Officer
P.O. Box 25903
Raleigh, NC 27611-5903

ParkLink - City of Raleigh
Attn: Officer/ Agent
421 Fayetteville Street
Raleigh, NC 27601

Trademark Properties
Attn: Manager/ Agent
1001 Wade Avenue, Suite 300
Raleigh, NC 27605

Diamond Springs
Attn: Manager/ Agent
PO Box 38668
Richmond, VA 23231

Pearl Beta Funding, LLC
c/o Steven Berkovitch, Esq.
MCA Servicing Senior Counsel
40 Exchange Place, Suite 301
New York, NY 10005

Valerie Stott
2122 Milburnie Road
Raleigh, NC 27610

Earl "Lyn" Graves
6914 Hunters Way
Raleigh, NC 27615

PNC Bank
Attn: Officer/ Agent
2730 Liberty Ave.
Pittsburgh, PA 15222

Wake County Dept. of Revenue
Attn: Officer/ Agent
P.O. Box 2331
Raleigh, NC 27602-2331

Erie Insurance
Attn: Manager/ Agent
100 Erie Insurance Place
Erie, PA 16530

PSNC Energy
Attn: Manager/ Agent
P.O. Box 100256
Columbia, SC 29202

Working Capital c/o EATON & WO
Attn: Douglas F. Eaton, Esq.
One Business Tower
2 South Biscayne Blvd., Suite 3100
Miami, FL 33131

First Benefits
Attn: Manager/ Agent
P.O. Box 1951
Raleigh, NC 27602

Public Storage
Attn: Manager/ Agent
4222 Atlantic Ave.
Raleigh, NC 27604

Working Capital, LLC
Attn: Manager/ Agent
1521 concord Pike #303
Wilmington, DE 19803

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Fresh Affairs LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fresh Affairs LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 17, 2015**

Date

**/s/ Eileen M. Bornstein NC Bar**

**Eileen M. Bornstein NC Bar #28436**

Signature of Attorney or Litigant

Counsel for   **Fresh Affairs LLC**

**Bornstein Law Firm, PLLC**
**8520 Six Forks Road, Suite 101**
**Raleigh, NC 27615-3096**
**919-268-6448**
**eb@bornsteinlawnc.com**