**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: |
| | ) | |
| FRESH AFFAIRS, LLC, | ) | 15-06816-5-DMW |
| | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 11 |

<u>**MOTION FOR SHOW CAUSE**</u>

     **NOW COMES,** the Bankruptcy Administrator for the Eastern District of North Carolina, by and through her undersigned counsel, and respectfully moves this Court for an order upon the Debtor to appear and show cause why this case should not be dismissed; and, in support thereof, shows the Court the following:

     1.    The Debtor filed the above-captioned case under Chapter 11 of the United States Bankruptcy Code on December 17, 2015.

     2.    Pursuant to Local Bankruptcy Rule 4002-1(c), the Debtor was required to provide certain documentation to the Bankruptcy Administrator's Office no later than fourteen (14) days from the petition date which, for this case, would have been **December 31, 2015.** For the Court's review, the Bankruptcy Administrator sets forth the documents and information that are still <u>delinquent</u>:

     (a) **Closing Pre-Petition Accounts:** the Debtor was required to immediately close all pre-petition bank accounts upon filing its petition.  The Debtor was further required to provide evidence of the closure to the Bankruptcy Administrator's Office.

(b) **Proof of Insurance Coverage:** within seven (7) days of the petition date, the Debtor was required to provide proof of insurance coverage on all estate property to the Bankruptcy Administrator's Office.  The Debtor provided the Bankruptcy Administrator evidence of insurance coverage; however, the Debtor's workers compensation insurance coverage expired on January 1, 2016. The Debtor has not provided an updated policy to the Bankruptcy Administrator's Office.

(c) **New Debtor in Possession Bank Accounts:** within fourteen (14) days of the petition date, the Debtor was required to notify the Bankruptcy Administrator's Office of the banking institution the Debtor intended to use post-petition.  In notifying the Bankruptcy Administrator, the Debtor was required to provide an Initial Deposit Report for each new bank account opened after filing.

3.    On December 18, 2015, the Court entered an Order Regarding Administration of Estate.  Within the order, the Court expressly states that the Debtor shall comply with the requirements set forth in Local Bankruptcy Rule 4002-1(c), EDNC.  As of the date of this motion, however, the Debtor has failed to comply with Local Bankruptcy Rule 4002-1(c), EDNC.

**WHEREFORE,** based upon the foregoing, the Bankruptcy Administrator respectfully requests that the Court enter an order upon the Debtor to appear and show cause why this case should not be dismissed; and, grant such other and further relief the Court may deem just and proper.

Respectfully submitted, this 5th day of January, 2016.

Marjorie K. Lynch
Bankruptcy Administrator


By: /s/ Brian C. Behr
Brian C. Behr
Staff Attorney
NC Bar No. 36616
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601
(919) 856-4886
(919) 856-4692 – Facsimile
brian_behr@nceba.uscourts.gov

## CERTIFICATE OF SERVICE

I, Rick P. Hinson, of 434 Fayetteville Street, Suite 640, North Carolina, 27601, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age.

That on this day, I served copies of the foregoing document electronically upon counsel of record, and on the following parties by depositing a copy in the United States mail:

Fresh Affairs LLC
4724-116 Hargrove Road
Raleigh, NC 27616

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of January, 2016.

Marjorie K. Lynch
Bankruptcy Administrator

By: /s/Rick P. Hinson
Rick P. Hinson
Bankruptcy Analyst
434 Fayetteville Street, Suite 640
Raleigh, NC 27601